IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHANE M. HATCH,<br><br>                Defendant. | **4:14PO3001**<br><br>**ORDER** |

Defendant has orally moved to continue his sentencing hearing, (Filing No. 17). The motion to continue is unopposed. Based on the representations of the parties and probation, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 17), is granted.

2) The defendant's sentencing hearing will be held before the undersigned magistrate judge on February 27, 2015 at 10:30 a.m. The defendant is ordered to appear at that hearing.

January 8, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge